# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rakoff, Jed S. | U.S. District Court, S.D.N.Y. | 5/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1340 U.S. Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor of law | Columbia University Law School |
| 2. | Lecturer in law | Illinois Institute of Technology |
| 3. | Lecturer in law | Berkeley Law School, University of California |
| 4. | Lecturer in law | Irvine Law School, University of California |
| 5. | Lecturer in law | Stanford Law School |
| 6. | | |
| 7. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Adjunct Professor, Columbia Law School | $100.000.00 |
| 2. | 2017 | Royalties from ALM Media, LLC | $9,388.05 |
| 3. | 2017 | Royalties from Matthew Bender & Co., Inc. | $50,850.74 |
| 4. | 2017 | Teaching at Illinois Institute of Technology | $1,500.00 |
| 5. | 2017 | Teaching at Berkeley Law School, University of California | $9,515.55 |
| 6. | 2017 | Teaching at Irvine Law School, University of California | $3,250.00 |
| 7. | 2017 | Teaching at Stanford Law School | $4,000.00 |
| 8. | 2017 | Author income from NYRev, Inc. | $6,788.33 |
| 9. | | | |
| 10. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UC Irvine Law School | February 2-5 | Irvine, CA | Speaker at conference | Transportation, lodging, food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rakoff, Jed S. | 05/15/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 2. | Harvard Law School | February 16-17 | Cambridge, MA | Speaker at class | Transportation, lodging, food |
| 3. | Yale Law School | February 23-24 | New Haven, CT | Speaker at class | Transportation, lodging, food |
| 4. | Loyola Chicago Law School | March 2-4 | Chicago, IL | Speaker at conference | Transportation, lodging, food |
| 5. | UC Berkeley Law School | March 15-19 | Berkeley, CA | Speaker at conference | Transportation, lodging, food |
| 6. | Law Reform Council (Canada) | March 26-29 | Vancouver, Canada | Speaker at conference | Transportation, lodging, food |
| 7. | Northwestern Law School | April 13-14 | Chicago, IL | Speaker at conferences | Transportation, lodging, food |
| 8. | Securities Law Institute | April 20-22 | Naples, FL | Speaker at conference | Transportation, lodging, food |
| 9. | Stanford Business School | May 10-18 | Stanford, CA | Speaker at conference | Transportation, lodging, food |
| 10. | Securities Law Institute | June 28-30 | St. Petersburg, FL | Speaker at conference | Transportation, lodging, food |
| 11. | Harvard Law School | July 20-21 | Cambridge, MA | Speaker at conference | Transportation, lodging, food |
| 12. | Amer. Bd. Crim. Lawyers | October 6-8 | White Sulphur Springs, WVA | Speaker at conference | Transportation, lodging, food |
| 13. | U. Minn. Law School | October 12-13 | Minneapolis, MN | Speaker at conference | Transportation, lodging, food |
| 14. | U. Texas Law School | October 19-20 | Dallas, TX | Speaker at Conference | Transportation, lodging, food |
| 15. | Harvard Law School | November 1 | Cambridge, MA | Speaker at conference | Transporation, food |
| 16. | UC Irvine Law School | November 5-7 | Irvine, CA | Speaker at conference | Transportation, lodging, food |
| 17. | Monash Law School | December 6-10 | Melbourne, Australia | Speaker at conference | Transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 5/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

✓ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jed S. Rakoff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544